UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No. 8:07-CR- 00429-T-26 MAP

Violations: 21 U.S.C. §846
21 U.S.C. §841(a)(1)

LAMONT SMITH

## INFORMATION

The United States Attorney Charges:

### COUNT ONE

Beginning on a date unknown, which was no later than in or about 2005, to in or about July of 2007, in Pinellas County, in the Middle District of Florida, Arizona, and elsewhere,

LAMONT SMITH,

the defendant herein, did knowingly and willfully combine, conspire, and agree with other persons both known and unknown, to possess with the intent to distribute and to distribute one thousand (1000) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, and five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846 and Section 841(b)(1)(A)(ii) and (vii).

## FORFEITURE ALLEGATION

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From his engagement in the violations alleged in Count One of this Information, punishable by imprisonment for more than one (1) year,

LAMONT SMITH,

the defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of his interest in:

  a. Property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations;

  b. Property used or intended to be used in any manner or part to commit and to facilitate the commission of such violations.

3. If any of the property described above, as a result of any act or omission of the defendant:

  a. Cannot be located upon the exercise of due diligence;

  b. Has been transferred or sold to, or deposited with, a third party;

  c. Has been substantially diminished in value; or

  d. Has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

JAMES R. KLINDT
Acting United States Attorney

By: _____
W. STEPHEN MULDROW
Assistant United States Attorney

_____
JAMES C. PRESTON, JR.
Assistant United States Attorney
Deputy Chief, Narcotics Section